Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| Dinah Marie Edmond | § Case No. 14-70149-hdh-13 |
| | § |
| DEBTOR | § |

DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF
Texoma Motor Credit Company

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

On May 20, 2014, Attorney for Texoma Motor Credit Company, Mee Mee Hoge & Epperson, PLLP, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. ADMIT
2. ADMIT
3. ADMIT
4. ADMIT
5. DENY
6. DENY
7. DENY
8. DENY

WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on May 20, 2014, to the following as indicated:

/s/Monte J. White
Attorney for Debtors

| | |
|---|---|
| Movant: | Texoma Motor Credit Company<br>c/o Mee, Mee, Hoge & Epperson, PLLP<br>50 Penn Place<br>Oklahoma City, OK 73118 |
| Attorney for Movant: | Mee, Mee, Hoge & Epperson, PLLP<br>50 Penn Place<br>Oklahoma City, OK 73118 |
| Trustee: | Chapter 13 Trustee<br>Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, TX  79424<br><br>U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Debtor: | Dinah Marie Edmond<br>2614 London St<br>Vernon, TX 76384 |